EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JEREMY FRIEDLANDER, State Bar No. 125138
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5974
 Fax: (415) 703-1234
 Email: Jeremy.Friedlander@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AN DUY NGUYEN,<br><br>        Petitioner,<br><br>    v.<br><br>MIKE EVANS, Warden,<br><br>        Respondent. | C 07-3979 SI (PR)<br><br>**EX PARTE APPLICATION FOR EXTENSION OF TIME** |

      Pursuant to Civil L. R. 7-8 and 7-11, respondent requests a 60-day extension of time, to and including January 22, 2008, within which to answer the petition in this case. This application is based on the file in this case and the attached declaration of Jeremy Friedlander. Petitioner is an incarcerated prisoner who is not represented by counsel.

      Respondent has not previously requested an extension of time to answer the petition.

//

//

//

1     Dated: November 19, 2007

2                          Respectfully submitted,

3                          EDMUND G. BROWN JR.
                           Attorney General of the State of California

4                          DANE R. GILLETTE
                           Chief Assistant Attorney General

5
                           GERALD A. ENGLER
6                          Senior Assistant Attorney General

                           PEGGY S. RUFFRA
7                          Supervising Deputy Attorney General

8

9                          /s/ Jeremy Friedlander

10
                           JEREMY FRIEDLANDER
11                         Deputy Attorney General
                           Attorneys for Respondent
12

13  JF:er
    40188107.wpd
14  SF2007402579

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Nguyen v. Evans*

No.:   **C 07-3979 SI (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 20, 2007, I served the attached **1. EX PARTE APPLICATION FOR EXTENSION OF TIME; 2. DECLARATION OF JEREMY FRIEDLANDER; and 3. [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

An Duy Nguyen
V-68985
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1060

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 20, 2007, at San Francisco, California.

|  E. Rios  |  *E. Rios*  |
| :---: | :---: |
| Declarant | Signature |

40188125.wpd