EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JEREMY FRIEDLANDER, State Bar No. 125138
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5974
Fax: (415) 703-1234
Email: Jeremy.Friedlander@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **AN DUY NGUYEN,**<br>Petitioner,<br>**v.**<br>**MIKE EVANS, Warden,**<br>Respondent. | C 07-3979 SI (PR)<br>**DECLARATION OF JEREMY FRIEDLANDER IN SUPPORT OF THE EX PARTE APPLICATION FOR EXTENSION OF TIME** |

1. I am a Deputy Attorney General of the State of California and am the attorney for respondent in the above-entitled case.

2. On September 18, 2007, the Court issued an order to show cause, directing respondent to file an answer and supporting points and authorities in this case on or before November 23, 2007.

3. I request an extension of sixty days, to January 22, 2008, within which to file the answer and supporting points and authorities.

4. Since the Court issued its order to show cause, I have filed an answer and lengthy

supporting points and authorities in *Valdovinos v. McGrath* (C 02-1704 CW; 10/10/07); a petition for certiorari in *Chrones v. Pulido* (07-544; 10/23/07); a motion to recall the mandate in *Pulido v. Chrones* (05-15916; 10/23/07); a respondent's brief in *People v. Rodriguez-Montero* (A116391; 10/26/07), and a court-requested opposition to a writ of habeas corpus in *In re Voelker* (A119178). I have finished drafting and am about to file a respondent's brief in *People v. Maszewski* (A115723). The points and authorities in *Valdovinos* and the petition for certiorari in *Pulido* were particularly time-consuming projects, the former because of its length (78 pages, in response to pleadings of approximately 150 pages), the latter because of an exhaustive in-house review process.

5. I am currently working on a respondent's brief in *People v. Haynes* (A116296). Before reaching this assignment, I must complete a respondent's brief in *People v. Khensokvann et al.* (H030770) and a response to a Rule 60(b) motion in *Yates v. Ryan* (C 04-2445 WHA). I may be filing a response to the opposition in *Pulido*.

6. The instant case appears to require a substantial amount of work because (a) it appears to require a brief on the merits, and (b) it appears to raise two claims (from appellant's state habeas corpus petition) that the state did not address in state court. Appellant appears to raise at least eight distinct claims in all.

//

//

//

//

//

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 19, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Jeremy Friedlander

JEREMY FRIEDLANDER
Deputy Attorney General
Attorneys for Respondent

JF:er
40188111.wpd
SF2007402579

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: ***Nguyen v. Evans***

No.: **C 07-3979 SI (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 20, 2007, I served the attached **1. EX PARTE APPLICATION FOR EXTENSION OF TIME; 2. DECLARATION OF JEREMY FRIEDLANDER; and 3. [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

An Duy Nguyen
V-68985
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1060

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 20, 2007, at San Francisco, California.

| E. Rios | E. Rios |
|---|---|
| Declarant | Signature |

40188125.wpd