1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
11
12  **AN DUY NGUYEN,**                    C 07-3979 SI (PR)
13                        Petitioner,     **[PROPOSED] ORDER**
14       v.
15  **MIKE EVANS, Warden,**
16                        Respondent.
17
18       IT IS HEREBY ORDERED that the time within which respondent is to file an answer to
19  the amended petition shall be extended by 60 days, to and including January 22, 2008.
20
21  Dated: _____
                                          The Honorable Susan Illston
22                                        United States District Judge
23
24
25
26
27
28

40188120.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Nguyen v. Evans*

No.:   **C 07-3979 SI (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 20, 2007, I served the attached **1. EX PARTE APPLICATION FOR EXTENSION OF TIME; 2. DECLARATION OF JEREMY FRIEDLANDER; and 3. [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

An Duy Nguyen
V-68985
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1060

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 20, 2007, at San Francisco, California.

|   E. Rios   |   *E. Rios*   |
|---|---|
|   Declarant   |   Signature   |

40188125.wpd