EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JEREMY FRIEDLANDER, State Bar No. 125138
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5974
 Fax: (415) 703-1234
 Email: Jeremy.Friedlander@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AN DUY NGUYEN,<br><br>      Petitioner,<br><br>  v.<br><br>MIKE EVANS, Warden,<br><br>      Respondent. | C 07-3979 SI (PR)<br><br>**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

Respondent hereby provides this answer to the petition for writ of habeas corpus and order to show cause:

I.

Petitioner is lawfully in the custody of the California Department of Corrections. He is serving a sentence of 16 years to life.

II.

Petitioner has exhausted his state remedies, having presented to the California Supreme Court in a petition for a review and a petition for state habeas corpus the claims he raises in this

1  petition.

## III.

Respondent denies that petitioner suffered any deprivation of constitutional rights and, hence, that he is entitled to habeas corpus relief. Because the decisions of the state appellate courts were neither contrary to nor an unreasonable application of clearly established federal law as determined by the United States Supreme Court, petitioner is not entitled to a writ of habeas corpus. 28 U.S.C. § 2254(d)(1). In support of this denial, respondent incorporates the accompanying memorandum of points and authorities.

## IV.

Pursuant to Rule 5 of the rules governing section 2254 cases and to the Court's order to show cause, respondent provides to the Court copies of the reporter's and clerk's transcripts of the trial, all briefs filed in the state appellate courts, and all opinions and pertinent orders of the state appellate courts. Because petitioner has attached to his petition copies of (1) the state appellate court opinion denying relief on direct appeal and (2) his state habeas corpus petition to the state supreme court, respondent has not provided copies of those documents.

//
//
//
//
//

# CONCLUSION

For the reasons stated, respondent requests that the petition be denied and the order to show cause discharged.

Dated: January 25, 2008

                Respectfully submitted,

                EDMUND G. BROWN JR.
                Attorney General of the State of California

                DANE R. GILLETTE
                Chief Assistant Attorney General

                GERALD A. ENGLER
                Senior Assistant Attorney General

                PEGGY S. RUFFRA
                Supervising Deputy Attorney General


                /s/ Jeremy Friedlander

                JEREMY FRIEDLANDER
                Deputy Attorney General
                Attorneys for Respondent

JF:er
40206548.wpd
SF2007402579

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Nguyen v. Evans*

No.:   **C 07-3979 SI (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 25, 2008, I served the attached **1. ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; 2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER; and 3. NOTICE OF LODGING OF EXHIBITS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

An Duy Nguyen
V-68985
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1060
(w/out exhibits)

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 25, 2008, at San Francisco, California.

| E. Rios | *E. Rios* |
|---|---|
| Declarant | Signature |

40206663.wpd