1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JEREMY FRIEDLANDER, State Bar No. 125138
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5974
    Fax: (415) 703-1234
8   Email: Jeremy.Friedlander@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AN DUY NGUYEN,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>MIKE EVANS, Warden,<br><br>　　　　　　　　　Respondent. | C 07-3979 SI (PR)<br><br>**NOTICE OF LODGING OF EXHIBITS** |

Respondent hereby submits the following exhibits to be lodged with the Court in connection with its consideration of the Memorandum of Points and Authorities in Support of Answer to Petition for Writ of Habeas Corpus in the above cause of action.

**INDEX**

EXHIBIT

　A　Clerk's Transcript on Appeal, 6 Volumes (Santa Clara County Superior Court, No. CC100793)

　B　Augmented Clerk's Transcript on Appeal, 1 Volume (No. CC100793)

　C　Reporter's Transcript on Appeal, 8 Volumes (Santa Clara County Superior Court, No. CC100793)

**INDEX (cont.)**

EXHIBIT

D    Appellant's Opening Brief, H028527

E    Appellant's Supplemental Opening Brief, H028527

F    Respondent's Brief, H028527

G    Appellant's Reply Brief, H028527

H    Appellant's Petition for Review, H028527

I    California Supreme Court Denials of Review, S144644, and Habeas Corpus Petition, S144716

Dated: January 25, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Jeremy Friedlander

JEREMY FRIEDLANDER
Deputy Attorney General

Attorneys for Respondent

JF:er
40209506.wpd
SF2007402579

Notice Of Lodging Of Exhibits - *Nguyen v. Evans* - C 07-3979 SI (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Nguyen v. Evans*

No.:   **C 07-3979 SI (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 25, 2008, I served the attached **1. ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; 2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER; and 3. NOTICE OF LODGING OF EXHIBITS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

An Duy Nguyen
V-68985
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1060
(w/out exhibits)

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 25, 2008, at San Francisco, California.

|  |  |
|---|---|
| E. Rios | *E. Rios* |
| Declarant | Signature |

40206663.wpd