1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JEREMY FRIEDLANDER, State Bar No. 125138
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5974
     Fax: (415) 703-1234
8    Email: Jeremy.Friedlander@doj.ca.gov

9  Attorneys for Respondent

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15 | AN DUY NGUYEN,                  | C 07-3979 SI (PR)

16 |                     Petitioner, | **MOTION TO ACCEPT OVERSIZE MEMORANDUM**

17 |        v.                       | **OF POINTS AND AUTHORITIES IN SUPPORT**

18 | MIKE EVANS, Warden,             | **OF ANSWER TO PETITION FOR WRIT OF HABEAS**

19 |                     Respondent. | **CORPUS**

20

21

22         Respondent respectfully requests permission to file a 28-page memorandum of points

23  and authorities in support of his answer to the petition for writ of habeas corpus. *See* Civil L.R.

24  7-4(b). Good cause for this request is set forth in the accompanying declaration of respondent's

25  counsel.

26  //

27  //

28  //

Motion To Accept Oversize Memo Of P&As - *Nguyen v. Evans* - C 07-3979 SI (PR)

1

1 | Dated: January 25, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

8 |

9 | /s/ Jeremy Friedlander

10 |

11 | JEREMY FRIEDLANDER
Deputy Attorney General
Attorneys for Respondent

12 |

13 | JF:er
40206622.wpd

14 | SF2007402579

Motion To Accept Oversize Memo Of P&As - *Nguyen v. Evans* - C 07-3979 SI (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Nguyen v. Evans*

No.:   **C 07-3979 SI (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 25, 2008, I served the attached **1. MOTION TO ACCEPT OVERSIZE MEMORANDUM OF POINTS AND AUTHORITIES; 2. DECLARATION OF JEREMY FRIEDLANDER IN SUPPORT OF MOTION; and 3. [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

An Duy Nguyen
V-68985
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1060


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 25, 2008, at San Francisco, California.

| E. Rios | *E. Rios* |
|---|---|
| Declarant | Signature |

40206666.wpd