IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **AN DUY NGUYEN,** | C 07-3979 SI (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **MIKE EVANS, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that respondent's application to file an oversized brief is granted. Respondent's Memorandum of Points and Authorities in Support of Answer to Petition for Writ of Habeas Corpus shall be filed by the clerk.

Dated: _____

_____
The Honorable Susan Illston
United States District Judge

40206658.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Nguyen v. Evans*

No.:   **C 07-3979 SI (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 25, 2008, I served the attached **1. MOTION TO ACCEPT OVERSIZE MEMORANDUM OF POINTS AND AUTHORITIES; 2. DECLARATION OF JEREMY FRIEDLANDER IN SUPPORT OF MOTION; and 3. [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

An Duy Nguyen
V-68985
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1060

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 25, 2008, at San Francisco, California.

|  E. Rios  |  *E. Rios* (signature)  |
|---|---|
|  Declarant  |  Signature  |

40206666.wpd