AN NGUYEN V-68985
DP-230 SALINAS VALLEY STATE PRISON
PO BOX 1050 L 93960
SOLEDAD, CA 93960

SAN JOSE, CA 951 FEB 25 2008 PM

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

LEGAL MAIL

STATE PRISON
GENERATED MAIL