UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AN DUY NGUYEN,

    Petitioner,

    v.

MIKE EVANS, warden,

    Respondent.

                                       /

No. C 07-3979 SI (pr)

**ORDER PERMITTING LENGTHY BRIEF**

Respondent has filed an <u>ex parte</u> application to file a 28-page memorandum of points and authorities in support of his answer to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney Jeremy Friedlander, the court GRANTS respondent's application. The 28-page brief filed by respondent on January 25, 2008 is permitted.

IT IS SO ORDERED.

DATED: March 26, 2008

SUSAN ILLSTON
United States District Judge